**Joseph Oliver DEMAGNUS, Petitioner–Appellant,**

v.

**W.L. MONTGOMERY, Acting Warden, Respondent–Appellee.**

No. 13–55078.

United States Court of Appeals, Ninth Circuit.

Submitted June 25, 2014.*

Filed June 30, 2014.

Joseph Oliver Demagnus, Calipatria, CA, pro se.

Heidi Salerno, Esquire, Deputy Assistant Attorney General, California Department of Justice, San Diego, CA, for Respondent–Appellee.

Before: HAWKINS, TALLMAN, and NGUYEN, Circuit Judges.

### MEMORANDUM **

California state prisoner Joseph Oliver Demagnus appeals pro se from the district court's judgment denying his 28 U.S.C. § 2254 habeas corpus petition. We have jurisdiction under 28 U.S.C. § 2253. We review a district court's denial of a habeas corpus petition de novo, *see Stanley v. Cullen,* 633 F.3d 852, 859 (9th Cir.2011), and we affirm.

Demagnus contends that his trial counsel was constitutionally deficient for failing

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

to investigate Demagnus's alibi and present the testimony of alibi witnesses at trial. The state court's rejection of this claim was not contrary to, or an unreasonable application of, *Strickland v. Washington,* 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984). *See* 28 U.S.C. § 2254(d)(1). In light of the overwhelming evidence that Demagnus was present at the scene of the crime, he cannot establish that there is no "reasonable argument that counsel satisfied *Strickland*'s deferential standard." *See Harrington v. Richter,* 562 U.S. 86, 131 S.Ct. 770, 788, 178 L.Ed.2d 624 (2011).

We construe Demagnus's additional arguments as a motion to expand the certificate of appealability. So construed, the motion is denied. *See* 9th Cir. R. 22–1(e); *Hiivala v. Wood,* 195 F.3d 1098, 1104–05 (9th Cir.1999) (per curiam).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.